UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TISH ROSEVEAR,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 8:21-cv-00971-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

Based upon the parties' <u>Amended</u> Stipulation (Dkt. 29), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,500.00 under 28 U.S.C. § 2412(d), and costs of $400.00 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: July 18, 2022

_____
JOHN D. EARLY
United States Magistrate Judge